IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-13428
_____

UNITED STATES OF AMERICA,

Appellee,

v.

ELVIS OGIEKPOLAR,

Appellant.

_____

On appeal from United States District Court
for the Northern District of Georgia
No. 1:21-cr-00016-WMR-RCD

_____

**CERTIFICATE OF INTERESTED PERSONS
FILED BY APPELLANT**

_____

                                      Victoria Ivory,
                                      Attorney for Appellant

Victoria Ivory, Attorney at Law, P.C.
1366 Lakeview East Drive SE
Atlanta, GA 30316
(404) 422-6569
victoriaLivory@gmail.com

[Type here]

No. 22-13428

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel hereby certifies that the following have an interest in the outcome of this case:

a) Bly, Christopher C.: Magistrate Judge, Northern District of Georgia;

b) Bryant, James Wesley.: Prior counsel for Mr. Hunt;

c) Cannon, Regina D..: Magistrate Judge, Northern District of Georgia;

d) Ivory, Victoria: Attorney for Defendant-Appellant;

e) Ogiekpolor, Elvis Eghosa: Defendant-Appellant;

f) Nations, Radka T..: Assistant United States Attorney;

g) Ray, William M. II.: United States District Judge, Northern District of Georgia;

h) Remson, Rock: Prior counsel for Mr. Hunt;

i) Sistla, Alex R.: Assistant United States Attorney; and

j) Sommerfeld, Lawrence R. Assistant United States Attorney;

No. 22-13428

No publicly traded company or corporation has an interest in the outcome of the case of appeal.

This 28th day of Ocotber, 2022.

Respectfully submitted,

/s/ *Victoria Ivory*
Victoria Ivory
Attorney for Appellant

No. 22-13428

_____

## CERTIFICATE OF COMPLIANCE AND SERVICE
_____

      This Certificate complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 word processing software in New Times Roman 14 pt. and I have this day electronically filed the document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorney(s) of record in the case, including opposing counsel.

      This 28th day of Ocotber, 2022.

                                      /s/ *Victoria Ivory*
                                      Victoria Ivory
                                      Attorney for Appellant
                                      Ga. Bar No. 946211

Victoria Ivory, Attorney at Law, P.C.
1366 Lakeview East Drive SE
Atlanta, GA 30316
(404) 422-6569
victoriaLivory@gmail.com